**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE BUMBLE INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No. C.A. No. 1:22-cv-1070-JLH<br><br>(Consolidated with C.A. No. 23-cv-558-JLH) |
| This Document Relates To:<br><br>ALL ACTIONS | |

**STIPULATION AND [PROPOSED] ORDER REGARDING
TEMPORARY STAY PENDING SPECIAL LITIGATION
COMMITTEE INVESTIGATION**

WHEREAS, on August 11, 2023, Marilee C. Glover-Mott and Michael Schirano (together, "Plaintiffs"), Plaintiffs in the above-captioned action (the "Action"), filed a Verified First Amended Consolidated Stockholder Derivative Complaint (the "Consolidated Complaint") against defendants Christine L. Anderson, R. Lynn Atchison, Sachin J. Bavishi, Matthew S. Bromberg, Amy M. Griffin, Whitney Wolfe Herd, Jonathan C. Korngold, Ann Mather, Jennifer B. Morgan, Elisa A. Steele, Anuradha B. Subramanian, and Pamela A. Thomas-Graham, BCP Buzz Holdings L.P., BCP VII Holdings Manager-NQ L.L.C., BK Buzz ML-1GP LLC, BMA VII NQ L.L.C., BSOF Buzz Aggregator L.L.C., BTO Buzz Holdings II L.P., BTO DE GP-NQ L.L.C., BTO Holdings Manager - NQ L.L.C., BTO Holdings Manager L.L.C., BTOA L.L.C., BTOA-NQ L.L.C., BX Buzz ML-1 Holdco L.P., BX Buzz ML-2 GP LLC, BX Buzz ML-2 Holdco L.P., BX Buzz ML-3 GP LLC, BX Buzz ML-3 Holdco L.P., BX Buzz ML-4 GP LLC, BX Buzz ML-4 Holdco L.P., BX Buzz ML-5 GP LLC, BX Buzz ML-5 Holdco L.P., BX Buzz ML-6 GP LLC, BX Buzz ML-6 Holdco L.P., BX Buzz ML-7 Holdco L.P., BXG Buzz Holdings L.P., BXG Holdings Manager L.L.C., BXG Side-By-Side GP L.L.C., BXGA L.L.C., Blackstone Buzz Holdings L.P., Blackstone Family Investment Partnership-Growth ESC L.P., Blackstone Group Management

L.L.C., Blackstone Growth Associates L.P., Blackstone Holdings II L.P., Blackstone Holdings III GP L.P., Blackstone Holdings III GP Management L.L.C., Blackstone Holdings III L.P., Blackstone Holdings l/ll GP L.L.C., Blackstone Inc., Blackstone Management Associates VII NQ L.L.C., Blackstone Strategic Opportunity Associates L.L.C., Blackstone Tactical Opportunities Associates L.L.C., Blackstone Tactical Opportunities Associates-NQ L.L.C., Blackstone Tactical Opportunities Fund-FD L.P., and Blackstone Tactical Opportunities III-NQ L.P. on behalf of nominal defendant Bumble Inc. ("Bumble"; collectively, "Defendants"; and together with Plaintiffs, the "Parties");

WHEREAS, on September 14, 2023, Defendants filed a Motion to Dismiss the Consolidated Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1, which was fully briefed on October 5, 2023;

WHEREAS, on November 20, 2023, Bumble's Board of Directors established a Special Litigation Committee ("SLC") to investigate and evaluate the allegations and claims asserted in the Action;

WHEREAS, on December 7, 2023, the SLC and Plaintiffs had a meet and confer wherein the SLC stated its intent to file a Motion to Stay the Action in order to permit the SLC to proceed with its investigation;

WHEREAS, Plaintiffs do not oppose a limited stay of the Action so that the SLC can conduct its investigation;

WHEREAS, on December 19, 2023, the Parties informed the Court of the formation of the SLC and their intention to promptly file a joint stipulation and proposed order governing the terms of an appropriate stay of the Action once the terms are agreed upon; and

WHEREAS, the Parties have met and conferred concerning this proposed order and, while reserving all rights not addressed herein, have agreed to a limited stay of the Action until July 15, 2024 in order to permit the SLC to proceed with its investigation, on the terms set forth herein.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, through their undersigned counsel, and subject to the approval of the Court, that:

1. All proceedings in the Action shall be stayed until July 15, 2024.

2. The SLC shall provide Co-Lead Counsel for Plaintiffs and the Court with written updates regarding the status of the SLC's investigation. The first such written update shall be filed on March 1, 2024 and thereafter at six-week intervals.

Dated: January 29, 2024

| | |
|---|---|
| */s/ Thomas A. Uebler* | */s/ Raymond J. DiCamillo* |
| Thomas A. Uebler (#5074) | Raymond J. DiCamillo (#3188) |
| Terisa A. Shoremount (#7113) | Jeffrey L. Moyer (#3309) |
| McCOLLOM D'EMILIO SMITH UEBLER LLC | Nathalie A. Freeman (#7053) |
| Little Falls Centre Two | RICHARDS, LAYTON & FINGER, P.A. |
| 2752 Centerville Road, Suite 401 | 920 North King Street |
| Wilmington, DE 19808 | Wilmington, DE 19801 |
| (302) 469-5960 | (302) 651-7700 |
| tuebler@mdsulaw.com | dicamillo@rlf.com |
| tshoremount@mdsulaw.com | moyer@rlf.com |
| | freeman@rlf.com |
| *Liaison Counsel for Plaintiffs* | |
| | OF COUNSEL: |
| CO-LEAD COUNSEL: | Jonathan K. Youngwood |
| Michael J. Hynes | Craig S. Waldman |
| Ligaya T. Hernandez | SIMPSON THACHER & BARTLETT LLP |
| HYNES & HERNANDEZ, LLC | 425 Lexington Avenue |
| 101 Lindenwood Drive, Suite 225 | New York, NY 10017 |
| Malvern, PA 19355 | (212) 455-2881 |
| Telephone: (484) 875-3116 | jyoungwood@stblaw.com |
| mhynes@hh-lawfirm.com | cwaldman@stblaw.com |
| lhernandez@hh-lawfirm.com | |

<div style="column-count:2">

Melinda A. Nicholson
Nicolas Kravitz (#6107)
Jenn Tetreault
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 960
New Orleans, LA 70163
(504) 455-1400
melinda.nicholson@ksfcounsel.com
nicolas.kravitz@ksfcounsel.com
jenn.tetreault@ksfcounsel.com

*Co-Lead Counsel for Plaintiffs*

Brian D. Long (#4347)
LONG LAW, LLC
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
(302) 729-9100
bdlong@longlawde.com

*Additional Liaison Counsel for Plaintiff Marilee Glover-Mott*

Melissa A. Fortunato
Marion C. Passmore
BRAGAR EAGEL & SQUIRE, P.C.
810 Seventh Avenue, Suite 620
New York, NY 100019
(212) 308-1869
fortunato@bespc.com
passmore@bespc.com

*Additional Counsel for Plaintiff Marilee C. Glover-Mott*

Simona G. Strauss
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 93404
(650)251-5000
sstrauss@stblaw.com

*Attorneys for Bumble and Defendants*

/s/ Shaun Michael Kelly
Arthur G. Connolly, III (#2667)
Shaun Michael Kelly (#5915)
Sara A. Barry (#6703)
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
Tel: (302) 757-7300
aconnolly@connollygallagher.com
skelly@connollygallagher.com
sbarry@connollygallagher.com

OF COUNSEL:

Amanda M. MacDonald
Gloria K. Maier
Lauren Weinberger
Geoffrey Xiao
WILLIAMS & CONNOLLY LLP
680 Maine Ave SW
Washington, DC 20024
(202) 434-5000
amacdonald@wc.com
gmaier@wc.com
lweinberger@wc.com
gxiao@wc.com

*Attorneys for the Special Litigation Committee of the Board of Bumble Inc.*

</div>

SO ORDERED this _____ day of _____ 2024.

_____
The Honorable Jennifer L. Hall