# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE BUMBLE INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 1:22-cv-01070-JLH |
| This Document Relates To: ALL ACTIONS. | (Consolidated with No. 1:23-cv-00558-JLH) |

## FIRST STATUS REPORT OF THE SPECIAL LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS OF BUMBLE, INC.

Pursuant to the Court's order staying all proceedings in this case (the "Stay Order") (D.I. 92), the Special Litigation Committee (the "SLC") of the Board of Directors of nominal defendant Bumble Inc. (the "Company") provides the following update regarding the progress of the SLC's investigation:

The SLC has convened four formal meetings to date. In addition to counsel, the SLC has retained Lucy Allen, an expert at National Economic Research Associates, Inc. (NERA), to assist the SLC in its investigation.

We have met with counsel for the Plaintiffs in the above-captioned matter, as well as counsel for the Plaintiffs in the case captioned *In re Bumble Inc. Stockholder Derivative Litigation*, C.A. No. 2023-0130-JTL in the Delaware Court of Chancery and counsel for the stockholders who had sent demand letters to the Company. We have also met with counsel for the Company. At these meetings, we solicited counsel's views with respect to the allegations and claims in the complaints and the SLC's investigation. We also have met with counsel for the various Defendants to discuss the collection and review of potentially relevant documents in the Defendants' possession. We intend to engage with counsel to the various parties throughout the SLC's investigation.

The SLC has issued requests for documents and information to each of the Company, Blackstone, and the various individual Defendants, with each party receiving between 11 and 27 requests. We have asked that the Defendants search for and produce responsive materials from all potentially relevant custodial sources, including central files, computer files, emails, text messages, hardcopy materials, cloud-based storage, notetaking applications, and any other communication or messaging platforms.

All parties contacted by the SLC have cooperated with the SLC's investigation and document collection efforts to date. We have collected and reviewed relevant materials, including (among others) over three thousand documents produced by Bumble pursuant to 8 *Del. C.* § 220 and in connection with the settlement of the federal securities litigation case captioned *In re Bumble, Inc. Securities Litigation*, 1:22-cv-00624-DLC (S.D.N.Y.), as well as various securities filings and news articles.

The Company and Blackstone have begun their rolling productions of responsive materials. We understand from our discussions with all of the Defendants' counsel that their collection and review of electronic data is under way. Over the course of the month of March, the SLC expects to receive substantially more materials from the Company, Blackstone, and the individual Defendants. In the coming weeks, we intend to focus on reviewing the documents and information produced in response to our requests. The SLC does not presently anticipate that the Court's assistance will be necessary to obtain documents, but we will seek relief from the Court if circumstances change. We anticipate conducting witness interviews after we have reviewed substantially more documents produced by the Defendants in response to our requests.

Consistent with the Stay Order, the next report to the Court reflecting the SLC's continuing progress will be provided on or before April 12, 2024.

|  |  |
|---|---|
| Of Counsel: | Respectfully submitted,<br><br>/s/ Shaun Michael Kelly |
| Amanda M. MacDonald (*pro hac vice*)<br>Gloria K. Maier (*pro hac vice*)<br>Lauren A. Weinberger (*pro hac vice*)<br>Geoffrey Xiao* (*pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, SW<br>Washington, DC 20024 | Arthur G. Connolly, III (#2667)<br>Shaun Michael Kelly (#5915)<br>Sara A. Barry (#6703)<br>CONNOLLY GALLAGHER LLP<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801<br>(302) 757-7300<br>aconnolly@connollygallagher.com<br>skelly@connollygallagher.com<br>sbarry@connollygallagher.com |
| Dated: March 1, 2024 | *Attorneys for the Special Litigation Committee of the Board of Bumble Inc.* |

---

* Admitted only in New York; practice supervised by D.C. Bar members pursuant to D.C. App. R. 49(c)(8).