**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE BUMBLE INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C.A. No. 1:22-cv-1070-JLH<br><br>(Consolidated with C.A. No. 23-cv-558-JLH) |

### STIPULATION AND [PROPOSED] ORDER REGARDING TEMPORARY STAY OF LITIGATION

WHEREAS, on August 11, 2023, Marilee C. Glover-Mott and Michael Schirano (together, "Plaintiffs"), Plaintiffs in the above-captioned action (the "Action"), filed a Verified First Amended Consolidated Stockholder Derivative Complaint (the "Consolidated Complaint") against defendants Christine L. Anderson, R. Lynn Atchison, Sachin J. Bavishi, Matthew S. Bromberg, Amy M. Griffin, Whitney Wolfe Herd, Jonathan C. Korngold, Ann Mather, Jennifer B. Morgan, Elisa A. Steele, Anuradha B. Subramanian, and Pamela A. Thomas-Graham, BCP Buzz Holdings L.P., BCP VII Holdings Manager-NQ L.L.C., BK Buzz ML-1GP LLC, BMA VII NQ L.L.C., BSOF Buzz Aggregator L.L.C., BTO Buzz Holdings II L.P., BTO DE GP-NQ L.L.C., BTO Holdings Manager - NQ L.L.C., BTO Holdings Manager L.L.C., BTOA L.L.C., BTOA-NQ L.L.C., BX Buzz ML-1 Holdco L.P., BX Buzz ML-2 GP LLC, BX Buzz ML-2 Holdco L.P., BX Buzz ML-3 GP LLC, BX Buzz ML-3 Holdco L.P., BX Buzz ML-4 GP LLC, BX Buzz ML-4 Holdco L.P., BX Buzz ML-5 GP LLC, BX Buzz ML-5 Holdco L.P., BX Buzz ML-6 GP LLC, BX Buzz ML-6 Holdco L.P., BX Buzz ML-7 Holdco L.P., BXG Buzz Holdings L.P., BXG Holdings Manager L.L.C., BXG Side-By-Side GP L.L.C., BXGA L.L.C., Blackstone Buzz Holdings L.P., Blackstone Family Investment Partnership-Growth ESC L.P., Blackstone Group Management

L.L.C., Blackstone Growth Associates L.P., Blackstone Holdings II L.P., Blackstone Holdings III GP L.P., Blackstone Holdings III GP Management L.L.C., Blackstone Holdings III L.P., Blackstone Holdings l/ll GP L.L.C., Blackstone Inc., Blackstone Management Associates VII NQ L.L.C., Blackstone Strategic Opportunity Associates L.L.C., Blackstone Tactical Opportunities Associates L.L.C., Blackstone Tactical Opportunities Associates-NQ L.L.C., Blackstone Tactical Opportunities Fund-FD L.P., and Blackstone Tactical Opportunities III-NQ L.P. on behalf of nominal defendant Bumble Inc. ("Bumble"; collectively, "Defendants"; and together with Plaintiffs, the "Parties");

WHEREAS, on September 14, 2023, Defendants filed a Motion to Dismiss the Consolidated Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1, which was fully briefed on October 5, 2023;

WHEREAS, on November 20, 2023, Bumble's Board of Directors established a Special Litigation Committee ("SLC") to investigate and evaluate the allegations and claims asserted in the Action and in the case captioned *In re Bumble Inc. Stockholder Derivative Litigation*, C.A. No. 2023-0130-JTL (the "Chancery Action") in the Court of Chancery of the State of Delaware (the "Court of Chancery"), which is based on substantially similar facts and circumstances;

WHEREAS, on January 29, 2024, the Parties filed a stipulation and proposed order seeking a stay of this litigation while the SLC completed its investigation, which the Court granted on the same day (D.I. 92);

WHEREAS, on July 25, 2024, the SLC concluded its investigation, served its report and attendant exhibits on the parties, and determined that in the exercise of its business judgment, terminating and dismissing the Action with prejudice would best serve the interests of Bumble Inc. and its stockholders (D.I. 104);

WHEREAS, on July 25, 2024, the SLC also served its report and attendant exhibits on the parties to the Chancery Action, and filed a motion to terminate the Chancery Action and dismiss the plaintiffs' claims with prejudice (the "Motion to Terminate");

WHEREAS, since that time, counsel for Plaintiffs and counsel for the SLC have met and conferred three times regarding Plaintiffs' ongoing review and analysis of the SLC's report and exhibits and next steps in this litigation;

WHEREAS, the Parties agree, on the terms set forth herein, that a temporary stay of this Action pending a ruling by the Court of Chancery on the SLC's Motion to Terminate in the Chancery Action is appropriate because the Chancery Action is based on substantially similar facts and circumstances.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, through their undersigned counsel, and subject to the approval of the Court, that:

1. All proceedings in the Action shall be stayed until the Court of Chancery issues a final ruling on the SLC's Motion to Terminate in the Chancery Action.

2. If discovery proceeds in the Chancery Action, the SLC shall make available to Plaintiffs, subject to the Confidentiality Stipulation and Protective Order entered in this Action (D.I. 96): (i) copies of all documents and written responses produced to the Chancery Action plaintiffs in the form and manner in which such documents are produced to the Chancery Action plaintiffs; and (ii) all deposition transcripts, if any, in the Chancery Action. This Stipulation is intended to facilitate coordination and to avoid duplicative discovery. Plaintiffs have agreed that the provision of this discovery from the Chancery Action will fulfill all of the SLC's discovery obligations to the Plaintiffs in this matter, and Plaintiffs will not propound any additional discovery or deposition requests on the SLC in this Action.

3. Within fourteen (14) days of the Court of Chancery's ruling in the Chancery Action on the SLC's Motion to Terminate, the Parties in this Action shall meet and confer and will submit an update on the status of this Action to the Court.

Dated: September 30, 2024

| | |
|---|---|
| */s/ Terisa A. Shoremount* | */s/ Shaun Michael Kelly* |
| Thomas A. Uebler (#5074) | Arthur G. Connolly, III (#2667) |
| Terisa A. Shoremount (#7113) | Shaun Michael Kelly (#5915) |
| MCCOLLOM D'EMILIO | Sara A. Barry (#6703) |
| SMITH UEBLER LLC | CONNOLLY GALLAGHER LLP |
| 2751 Centerville Road, Suite 401 | 1201 North Market Street, 20th Floor |
| Wilmington, DE 19808 | Wilmington, DE 19801 |
| tuebler@mdsulaw.com | (302) 757-7300 |
| tshoremount@mdsulaw.com | aconnolly@connollygallagher.com |
| | skelly@connollygallagher.com |
| *Liaison Counsel for Plaintiffs* | sbarry@connollygallagher.com |

Michael J. Hynes
Ligaya T. Hernandez
HYNES & HERNANDEZ, LLC
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116
mhynes@hh-lawfirm.com
lhernandez@hh-lawfirm.com

*Co-Lead Counsel for Plaintiffs*

Melinda A. Nicholson
Nicolas Kravitz (#6107)
Jenn Tetreault
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 960
New Orleans, LA 70163
(504) 455-1400
melinda.nicholson@ksfcounsel.com
nicolas.kravitz@ksfcounsel.com
jenn.tetreault@ksfcounsel.com

*Co-Lead Counsel for Plaintiffs*

OF COUNSEL:

Amanda M. MacDonald
Gloria K. Maier
Lauren Weinberger
WILLIAMS & CONNOLLY LLP
680 Maine Ave SW
Washington, DC 20024
(202) 434-5000
amacdonald@wc.com
gmaier@wc.com
lweinberger@wc.com

*Attorneys for the Special Litigation Committee of the Board of Bumble Inc*

| | |
|---|---|
| */s/ Brian D. Long* | */s/ Jeffrey L. Moyer* |
| Brian D. Long (#4347) | Raymond J. DiCamillo (#3188) |
| LONG LAW, LLC | Jeffrey L. Moyer (#3309) |
| 3828 Kennett Pike, Suite 208 | Jessica E. Blau (#7163) |
| Wilmington, DE 19807 | RICHARDS, LAYTON & FINGER, P.A. |
| BDLong@longlawde.com | 920 North King Street |
| | Wilmington, DE 19801 |
| *Additional Liaison for Plaintiff* | dicamillo@rlf.com |
| Marilee C. Glover-Mott | moyer@rlf.com |
| | blau@rlf.com |

OF COUNSEL:

Jonathan K. Youngwood
Craig S. Waldman
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2881
jyoungwood@stblaw.com
cwaldman@stblaw.com

Simona G. Strauss
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 93404
(650) 251-5000
sstrauss@stblaw.com

*Attorneys for Bumble and Defendants*

SO ORDERED this __3rd__ day of __October__ 2024.

_____
The Honorable Jennifer L. Hall
United States District Judge

5